## WINDHAM COUNTY, SEPTEMBER TERM, A. D. 1788.

### PAYNE ET AL. V. BACON.

Where a town is sued before a justice they must have twelve days' notice.

ERROR to reverse a judgment of a justice in an action brought by Bacon against Payne, and the rest of the inhabitants of the town of Canterbury: The writ was served only six days before the court.

Plea in abatement — That by law said writ ought to have been served twelve days before the sitting of said court. The justice judged the plea insufficient; and on the merits gave judgment for the plaintiff.

Error assigned — That said plea in abatement ought to have been judged sufficient.

Judgment — manifest error, upon the ground that the statute requires, that twelve days' notice should be given.

### BUGBEE V. ABBOT.

An appeals lies from a judgment given upon *nihil dicit*.

WRIT OF ERROR to reverse a judgment of a justice, in an action brought by Abbot v. Bugbee. The defendant appeared and refused to plead; and judgment was given against him upon *nihil dicit*; the defendant moved for an appeal to the County Court, the cause being appealable, and the justice denied an appeal, because he did not plead; this was assigned for error; and the judgment was reversed, for the defendant was in court and an appeal ought to have been granted.